**Abuduroufo ABULAITI, Petitioner,**

v.

**Eric H. HOLDER, Jr., Attorney General, Respondent.**

No. 10–1888.

United States Court of Appeals, Fourth Circuit.

Submitted: Jan. 31, 2011.

Decided: Feb. 9, 2011.

Diane E. McHugh Martinez, Law Office of McHugh Martinez, Washington, D.C., for Petitioner. Tony West, Assistant Attorney General, John S. Hogan, Senior Litigation Counsel, Andrea N. Gevas, Of-

**626**

fice of Immigration Litigation, United States Department of Justice, Washington, D.C., for Respondent.

Before KING and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Petition denied by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Abuduroufo Abulaiti, a native and citizen of the People's Republic of China, petitions for review of an order of the Board of Immigration Appeals ("Board") denying his motions to reopen and to reconsider. We have reviewed the record and the Board's order and find that the Board did not abuse its discretion in denying the motions. *See* 8 C.F.R. § 1003.2(a) (2010). Accordingly, we deny the petition for review for the reasons stated by the Board. *See In re: Abulaiti* (B.I.A. July 9, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*PETITION DENIED.*